# Exhibit A

eFiled
8/27/2024 10:37:13 AM
Superior Court
of the District of Columbia

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

CLIFFORD PEARSON and IMANI PEARSON                    CASE #:

    1424 Juniper St NW Washington, DC 20012                    2024-CAB-005477

    Cpearson202@hotmail.com

PLAINTIFFS.

v.

SUNNOVA ENERGY

    20 Greenway Plaza #540 Houston, TX 77046

    customerservice@sunnova.com

SUSTAINABLE ENERGY SYSTEMS

    4509 Metropolitan Court Frederick, MD 21704

    zayn@sustainableenergysystems.net

PURE SOLAR SYSTEMS

    1801 McCormick Drive, Largo, MD 20774

    gfloyd@puresolarsolutions.com

ZAYN BRADLEY

    1111 Bennie Duncan Road Frederick, MD 21701

    zayn@sustainableenergysystems.net

GREG FLOYD

    1801 McCormick Drive, Largo, MD 20774

    gfloyd@puresolarsolutions.com

ORONDE WRIGHT

    1236 Atlantic Ave Unit 211, Brooklyn, NY 11216

    orondewright@gmail.com

DEFENDANTS.

PLAINTIFF'S COMPLAINT

TO THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Mr. CLIFFORD PEARSON and Mrs. IMANI PEARSON as husband-and-wife are suing for direct damages caused by fraud and property damages related to the purchase and installation of a faulty solar roof.  The defendants include Sunnova Energy (lead contractor) and Sustainable Energy Systems (subcontractor), Pure Solar Systems (referral agent) and their associates.  Neither the Defendant nor its subcontractors have repaired the faulty roof for over 1 year. The PLAINTIFF is now seeking full monetary recovery for unpaid damages in the amount of $105,000.  Damages amount to: (a) complete roof replacement (b) property repairs for damage caused by water intrusion (c) loss of solar energy credits and utility reduction guaranteed by the contract (d) unpaid referral fees and (e) interest and legal fees.

I.

On November 5, 2022 referral agents of - Oronde Wright and Greg Floyd / Pure Solar Systems solicited Mrs. Imani Pearson to purchase a solar roof product with the guarantee of a $1,160.00 "referral fee".  The payment was in writing and to be paid within 10 days of installation.  No monies were ever paid to Mrs. Pearson, Agents unresponsive.

II.

On June 28, 2023 a solar roof was installed per the contract.  Water immediately began to intrude through the roof. The court will note that the roof was inspected and fully ensured by Sunnova prior to installation pursuant to the contract.

III.

Between September 12, 2023 and November 21 2022 Sunnova and its subcontractors did not fix the roof.

III

On November 21 Plaintiff provided Defendants a written invoice of damages covered under the contract and requested payment for damages to remedy.

IIII

On November 23 Defendant admitted liability and fault.  The defendant covered the roof with a temporary tarp and never returned.

V

Sunnova and its subcontractors have been unresponsive.

VI

Given the facts presented, prima facia, the plaintiffs respectfully request the Court of the District of Columbia issue a summary judgment in the amount of $105,000 to the Plaintiff against Defendant Sunnova, et al.

/s/ *Clifford Pearson*   08/25/24

Electronically Signed: Clifford Pearson
1424 Juniper St. NW
Washington, DC 20012
Phone: 202-841-2850

/s/ *Imani Pearson*    08/25/24

Electronically Signed: Imani Pearson
1424 Juniper St. NW
Washington, DC 20012
Phone: 202-841-2850